```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Ari Grossman,

                    Plaintiff,

            v.                                  17 Civ. 2735 (DAB)
                                                      ORDER
Pace University, et al.

                    Defendants.
----------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of Plaintiff's Motions to Amend of June 19, 2017 and August 16, 2017.

    The Plaintiff's first Motion to Amend the Complaint (enclosing a Proposed First Amended Complaint) was granted by Order of August 10, 2017. Plaintiff was given seven days to amend his Complaint. Plaintiff has failed to do so.

    Instead of filing the Proposed First Amended Complaint, the Plaintiff moved again to file a Second Amended Complaint on August 16, 2017. Defendants opposed on August 30, 2017. Plaintiff's request to file a Second Amended Complaint is not responsive to the Court's Order to file the first Amended Complaint within seven days of August 10, 2017.

Since there is no Complaint pending before this Court, the Clerk of Court is directed to close this case without prejudice.

SO ORDERED.

DATED: December 15, 2017
New York, New York

*Deborah A. Batts*
Deborah A. Batts
United States District Judge